# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5138
_____

TIMOTHY TIMMEL, as Personal
Representative of the Estate of
Robert Frederick Timmel, Jr.,

    Appellant,

    v.

ANITA MAY TIMMEL and ROBERT
FREDERICK TIMMEL, JR.,

    Appellees.

_____


On appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.


April 20, 2018


PER CURIAM.

Upon consideration of Appellant's response to the Court's order of March 9, 2018, the appeal is dismissed. *See Bennett's Leasing, Inc. v. First Street Mortgage Corp.*, 870 So. 2d 93 (Fla. 1st DCA 2003). The dismissal is without prejudice to Appellant's right to seek appellate review upon entry of a final order.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael D. Tidwell, Douglas D. Tidwell, and Benjamin L. Alexander, Pensacola, for Appellant.

No appearance for Appellees.